UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCHRADER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILCO LIFE INSURANCE COMPANY, fka CONSECO LIFE INSURANCE COMPANY, fka MASSACHUSETTS LIFE INSURANCE COMPANY, an Indiana corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 22cv1104-LL-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE CASE**<br><br>**[ECF No. 14]** |

On December 27, 2022, Plaintiff David Schrader ("Plaintiff") and Defendant Wilco Life Insurance Company ("Defendant") filed a joint motion to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 14. Good cause appearing, the Court **GRANTS** the parties' joint motion to dismiss the case with prejudice as to the named Plaintiff and without prejudice as to the purported class.

/ / /

/ / /

/ / /

1  Each party shall bear its own attorneys' fees and costs. The Clerk of the Court is
2  hereby directed to close this case.
3  **IT IS SO ORDERED.**
4  Dated: December 28, 2022

_____
Honorable Linda Lopez
United States District Judge